FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 JUL -8 PM 2:36

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ERIC V. MILLER,
Petitioner,

VS.

Case No. 8:06CR124

UNITED STATES OF AMERICA,
Respoendent.

## NOTICE OF APPEAL

**COMES NOW, ERIC V. MILLER,** respectfully files to this Honorable Court <u>Pro-Se</u>, motion request this court to enter a "NOTICE OF APPEAL," in case number **8:06CR124**. Petitioner Miller wish to proceed with his appeal to the U.S. Appeals Court For The Eighth Circuit.

Respectfully submitted.

_Eric Von Miller #14361-047_
Mr. Eric V. Miller
P.O. Box 1000
Leavenworth, Kansas 66048
United States Penitentiary

Mr. Eric V. Miller 14351-047
P.O. Box 1000
Leavenworth, Kansas 66048
United States Penitentiary

**RECEIVED**
JUL 0 8 2010
CLERK
U.S. DISTRICT COURT
OMAHA

KANSAS CITY 641-661
08 JUL 2010 PM 4 T

CLERK'S OFFICE OF U.S. DISTRICT COURT
Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza, Suite 1152
Omaha, Nebraska 68102-1322

681028 1322

